UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JORGE OCAMPO, RICARDO ALBERTO ZABALETA BATISTA, YONATHAN GARZON, JAVIER MORA, JOSE CARRERO, and RODOLFO CARVAJAL, individually and on behalf of others similarly situated,

      Plaintiffs,

  -against-

PAVEL PARTITION INSTALLERS INC (D/B/A PPI INSTALLER), PAVEL GARCIA VILLALOBOS, JORGE CERQUERA, NICK DOE, RAMON DOE, and PANCHO DOE,

      Defendants.
---------------------------------------------------------X

1:21-cv-02343-ER

**(PROPOSED) JUDGMENT**

  WHEREAS on or about July 26, 2022 Defendants PAVEL PARTITION INSTALLERS INC (D/B/A PPI INSTALLER), PAVEL GARCIA VILLALOBOS, JORGE CERQUERA, NICK DOE, RAMON DOE, and PANCHO DOE ("Defendants") extended to Plaintiffs JORGE OCAMPO, RICARDO ALBERTO ZABALETA BATISTA, YONATHAN GARZON, JAVIER MORA, JOSE CARRERO, and RODOLFO CARVAJAL an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>One Hundred and Ninety Thousand Dollars and Zero Cents ($190,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about July 26, 2022.

  JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>One Hundred and Ninety Thousand Dollars and Zero Cents ($190,000.00)</u>,

  Dated: New York, New York

     _____ , 2022

             _____
             JUDGE EDGARDO RAMOS